rights of the plaintiff thereunder by making, using, and/or selling Gear Grinding Machines embodying and containing the inventions of said Letters Patent to Farnum No. 1,373,957, as set forth in claims 3, 4, 7, 22 and 23 thereof; and embodying and containing the inventions of said Letters Patent to Schurr No. 1,720,404, as set forth in claims 1, 2, 5, 8, 9, 12, 13, 15, 16, 17 and 23 thereof; and embodying and containing the inventions of said Letters Patent to Lees No. 2,025,688, as set forth in claims 1, 2, 15, 16, 17, 18 and 19 thereof, the said devices made and sold by the defendants Pratt & Whitney, and/or Niles-Bement-Pond Company being more particularly shown and exhibited by Plaintiff's Exhibits 4 and 5, and the said devices used by the defendant the White Motor Company being more particularly shown and exhibited by Plaintiff's Exhibit 5, pages 1 to 6 inclusive.

6. That no accounting for damages or profits will be ordered in this cause.

7. That each party will bear costs already paid by it, and that any costs remaining to be paid will be divided equally between the parties.

8. That the decree of the United States District Court for the Northern District of Ohio, Eastern Division, be modified to conform herewith, and that such decree be made final.

**Julia B. RADFORD, Appellant, v. UNITED STATES of America.**

**No. 11327.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

**PER CURIAM.**

Appeal, Brown v. United States, 21 F. Supp. 214, dismissed at cost of appellant, per stipulation of party.

**Julia B. RADFORD, Appellant, v. UNITED STATES of America.**

**No. 11335.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

**PER CURIAM.**

Appeal, Brown v. United States, 21 F. Supp. 214, dismissed at cost of appellant, per stipulation of party.

**REMINGTON RAND, Inc., v. ACME CARD SYSTEM COMPANY and LeRoy A. Franklin.**

**No. 8060.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1939.

Bean, Brooks, Buckley & Bean, of Buffalo, N. Y., and Allen & Allen, of Cincinnati, Ohio, for appellant.

William F. Hall, of Washington, D. C., Lee J. Gary, of Chicago, Ill., and Wood & Wood, of Cincinnati, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.